Nancy Curry
Chapter 13 Standing Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014   FAX (213) 689-3055

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION | |
|---|---|
| In re<br><br>LOVE, ANTIONETTE WYNE THOMAS<br><br><br><br><br><br><br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. 2:13-bk-32142-WB<br><br>NOTICE AND TRUSTEE'S MOTION TO DISMISS DUE TO A MATERIAL DEFAULT OF A PLAN PROVISION 11 U.S.C. §1307(c); THE PRESENT PLAN PAYMENT WILL NOT PAY OUT THE CLAIMS PRIOR TO PLAN EXPIRATION<br><br>DATE/TIME: May 20, 2015 at 1:30 pm<br>Courtroom: 1375<br>255 East Temple Street<br>Los Angeles, CA 90012 |

    **PLEASE TAKE NOTICE** that Nancy Curry, Chapter 13 Trustee, will and hereby does move the Court to dismiss this case.

**Pursuant to Local Bankruptcy Rule 9013-1(f) and (h), any party in interest wishing to oppose this motion must file and serve opposition papers no later than fourteen (14) days prior to the hearing date. Failure to file a written opposition may be deemed by the Court as a waiver of any objection thereto and as consent to the relief requested.**

DATED: March 12, 2015                                                                               /s/ Nancy Curry

    I, Nancy Curry, do hereby declare and state as follows:

1. I am the Chapter 13 Trustee for Case No. LA 2:13-bk-32142-WB, LOVE, ANTIONETTE WYNE THOMAS debtor.

2. I have personal knowledge of the facts set forth herein and if called upon to do so, I could and would competently so testify.

3. The confirmed plan will not pay out within its term as reflected in the attached summary which is incorporated herein by reference.

4. Debtor's projected failure to pay all allowed claims prior to the plan expiration represents a material default warranting dismissal.

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.


Executed at Los Angeles, California on March 12, 2015.
                                                                                                   /S/ Nancy Curry

TMD FEAS HRG

Case Status Report
Los Angeles Division Nancy Curry, Chapter 13 Standing Trustee
Status of Case as of    03/12/2015    03:08 PM                                                                Chapter 13

**1332142-WB**

LOVE, ANTIONETTE WYNE THOMAS                                                                                 **42 Rmng of 60 Mos.**
                                                                                                             Percent Pay Uns    100
                                            Atty: PHILIP E. KOEBEL                                           SSN: xxx-xx-6196  xxx-xx-
P.O. BOX 191863                             (626)797-6342                                                    Debtor Plan Payment: $437.00 / M
LOS ANGELES CA 90019

Debtor Type:  Individual                    Emplyr: NOT EMPLOYED
                                            ----- Last 6 Payments -----
Filed       09/03/2013              3/10/2015   $440.00    12/5/2014   $440.00           Total Paid In           $4,413.00
First Mtg   10/15/2013              2/9/2015    $440.00    11/7/2014   $438.00
Confirmed   09/10/2014              1/12/2015   $440.00    10/6/2014   $439.00
Plan Filed  09/24/2013
Start Pmts  10/03/2013
Bar Date    01/13/2014

                            Graduated Payment Plan
                    Months    1  Thru  12      $148.00    Per Month =    $1,776.00
                    Months   13  Thru  60      $437.00    Per Month =   $20,976.00
Status    1         !                                                                          Okay to Pay:  Y

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RJM ACQUISITIONS | 18000566 | | 401-0 | | Uns | | | 33 | $99.84 | | $99.84 | | $99.84 |
| CAPITAL ONE AUTO FINANCE | 03101327 | | 402-0 | | Uns | | | 33 | $16,034.92 | | $16,034.92 | | $16,034.92 |
| SPRINT NEXTEL- DISTRIBUTIONS | 19001428 | | 403-0 | | Uns | | | 33 | $353.51 | | $353.51 | | $353.51 |
| NAVIENT SOLUTIONS, INC. | 14001119 | | 404-0 | | Uns | | | 33 | $26,866.54 | | $26,866.54 | | $26,866.54 |
| AWA COLLECTIONS | 00211767 | | 405-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| CBE GROUP | 03102850 | | 406-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| COLLECTION CONSULTANTS | 03101318 | | 407-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| COLLECTION CONSULTANTS | 03101318 | | 408-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| SEQUOIA FINANCIAL SERVICES | 19002243 | | 409-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| TRONIX CNTRY | 20001408 | | 410-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| CREDIT SOLUTIONS CORP. | 03103621 | | 411-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| DIAMOND RESORTS FS | 04000870 | | 412-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| MIDLAND FUNDING LLC | 13001783 | | 413-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| PROGRESSIVE MANAGEMENT SVCS | 16242800 | | 414-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| SOUTHERN CALIFORNIA EDISON | 19353200 | | 415-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| WFF CARDS | 23001073 | | 416-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| WELLS FARGO FINANCIAL CARDS | 23001442 | | 417-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| CONVERGENT OUTSOURCING INC. | 03103801 | | 418-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| PHILIP E. KOEBEL | 91091923 | | 666-0 | 2/19/2015 | Lgl | | | 13 | $4,000.00 | $3,346.27 | $4,000.00 | | $653.73 |
| NANCY CURRY, TRUSTEE | 14009800 | | TRS-0 | 3/10/2015 | Tru | | | 00 | $5,097.25 | $207.41 | | | $4,889.84 |

|  |  |  |  |  |  |  | $52,452.06 | $3,553.68 |  | $0.00 |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other |  | Amount Available | | $859.32 |
| Total Debt | $0.00 | $0.00 | $43,354.81 | $0.00 | $4,000.00 | $0.00 | $0.00 |  | Funds Held | | $0.00 |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $3,346.27 | $0.00 | $207.41 |  | Principal Balance | | $48,039.06 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $0.00 |  | Debtor Refunds | | $0.00 |
| Balance Due | $0.00 | $0.00 | $43,354.81 | $0.00 | $653.73 |  | $4,889.84 |  | | | |

Case Status Report
Los Angeles Division Nancy Curry, Chapter 13 Standing Trustee
Status of Case as of    03/12/2015    03:08 PM

Page    2
Chapter 13

**1332142-WB**

LOVE, ANTIONETTE WYNE THOMAS

**42 Rmng of 60 Mos.**
Percent Pay Uns    100

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Budget
ER/H: NOT EMPLOYED

Inc:    $4,211.43    Occup:
Exp:    $3,773.00    ER/H:
Surp:    $438.43    Occup:

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Nancy Curry, Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): **NOTICE AND MOTION TO DISMISS CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 12, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On March 12, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
LOVE, ANTIONETTE WYNE THOMAS

P.O. BOX 191863
LOS ANGELES, CA 90019

Attorney for Debtor
PHILIP E. KOEBEL

P.O. BOX 94799
PASADENA, CA 91109-4799

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 12, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| March 12, 2015 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE

**LOVE, ANTIONETTE WYNE THOMAS**

**P.O. BOX 191863**
**LOS ANGELES, CA 90019**

**PHILIP E. KOEBEL**

**P.O. BOX 94799**
**PASADENA, CA 91109-4799**