ANTOINETTER W. T. LOVE
P.O. Box 191863
Los Angeles, CA 90019
(323)492-8947

Debtor, pro se



FILED
MAR 31 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re<br><br>**ANTOINETTE WYNE THOMAS LOVE**<br><br><br>Debtor. | CASE NO.: 2:13-bk-32142-WB<br><br>NOTICE OF INTENT TO SUBSTITUTE DEBTOR'S ATTORNEY OF RECORD TO PROCEED IN PROPRIA PERSONA AND WITHDRAWAL OF ATTORNEY OF RECORD'S AUTHORIZATION TO ACT ON BEHALF OF DEBTOR FORTHWITH |

TO THE COURT AND ALL INTERESTED PARTIES:

**NOTICE IS HEREBY GIVEN** that Debtor Antoinette Wyne Thomas Love intends to

Substitute her attorney of record Philip Koebel[SBN 249899] as her authorized legal representative

to proceed in propria persona, and that Debtor withdraws said counsel of record's authorization to

act on her behalf in any manner whatsoever, forthwith.

Dated:  March 26, 2015

_____
ANTOINETTE WYNE THOMAS LOVE,
pro se

///

NOTICE OF INTENT TO SUBSTITUTE DEBTOR'S ATTORNEY OF RECORD TO PROCEED IN PROPRIA
PERSONA AND WITHDRAWAL OF DEBTOR'S COUNSEL OF RECORD'S AUTHORIZATION TO
ACT ON DEBTOR'S BEHALF FORTHWITH-A.LOVE

Page 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF INTENT TO SUBSTITUTE DEBTOR'S ATTORNEY OF RECORD OF PROCEED IN PROPRIA PERSONA AND WITHDRAWAL OF ATTORNEY OF RECORD'S AUTHORIZATION TO ACT ON BEHALF OF DEBTOR FORTHWITH

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/27/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Philip Koebel, Esq.  
1015 North Lake Avenue, Suite 210  
Pasadena, CA 91109

Nancy Curry  
606 South Olive Street  
Los Angeles, CA 90014

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/27/2015 | XOCHITL ARANGO | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.